**Julian McMillan (SBN 241937)**
**McMILLAN LAW GROUP, APC**
4655 Cass Street, Suite 404
San Diego, CA 92109
Phone: 619.795.9430
Fax: 619.241.8291

**Derek A. Soinski (SBN 293747)**
**REDWOOD LAW GROUP, APC**
11440 W Bernardo Ct., Ste. 300
San Diego, CA 92127
Phone:  619.947.3677
E-mail: derek@redwoodlawgroup.com

Attorneys for Plaintiff
KATHERINE M. SZYMANSKI

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE M. SZYMANSKI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SUBARU OF AMERICA, INC., a New Jersey Corporation,<br><br>Defendant. | Case No.:   3:22-cv-00876-BEN-MDD<br><br>**JOINT NOTICE OF SETTLEMENT; [PROPOSED] ORDER**<br><br> Hon. Magistrate Mitchell Dembin |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that Plaintiff KATHERINE M. SZYMANSKI and Defendant SUBARU OF AMERICA, INC., (the "**Parties**") have reached a conditional settlement in the above-referenced case. A formal settlement agreement is currently being drafted and will be circulated shortly. Once all of the appropriate signatures have been obtained and the terms of the settlement are fulfilled by and between the Parties, an executed Stipulation of Dismissal of the Entire Action With Prejudice shall be filed with the Court forthwith. It is anticipated the Parties shall fulfill the terms of settlement within sixty (60) days of settlement.

The Parties, by and through their respective counsel, respectfully request the Court to vacate all pending dates associated with the subject action.

Dated: August 30, 2022         Redwood Law Group, APC

                                By: /s/ Derek Soinski
                                    _____
                                    Derek A. Soinski, Esq.
                                    Attorneys for Plaintiff
                                    KATHERINE M. SZYMANSKI

Dated: August 30, 2022         Ruggerello Law Group, LLP

                                By: /s/ Julie A. Goerlinger
                                    _____
                                    Julie A. Goerlinger, Esq.
                                    Attorneys for Defendant SUBARU OF
                                    AMERICA, INC.,

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Julie A. Goerlinger, counsel for Defendant Subaru of America, Inc., and that I have obtained Ms. Goerlinger's authorization to affix her electronic signature to this document.

Dated: August 30, 2022                          REDWOOD LAW GROUP, APC

                                        By:    /s/ Derek Soinski
                                                      Derek A. Soinski, Esq.
                                                        Attorneys for Plaintiff