**Julian McMillan (SBN 241937)**
**McMILLAN LAW GROUP, APC**
4655 Cass Street, Suite 404
San Diego, CA 92109
Phone: 619.795.9430
Fax: 619.241.8291

**Derek A. Soinski (SBN 293747)**
**REDWOOD LAW GROUP, APC**
11440 W Bernardo Ct., Ste. 300
San Diego, CA 92127
Phone:  619.947.3677
E-mail: derek@redwoodlawgroup.com

Attorneys for Plaintiff
KATHERINE M. SZYMANSKI

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE M. SZYMANSKI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SUBARU OF AMERICA, INC., a New Jersey Corporation,<br><br>Defendant. | Case No.:   3:22-cv-00876-BEN-MDD<br><br>**JOINT MOTION TO DISMISS CASE WITH PREJUDICE FOLLOWING SETTLEMENT** |

**TO THE HONORABLE COURT**:

This Stipulation is entered into by and between the parties, Plaintiff KATHERINE M. SZYMANSKI ("**Plaintiff**") and Defendant SUBARU OF AMERICA, INC., ("**Defendant**") (collectively "**Parties**"), by and through their respective attorneys of record based upon the following facts:

WHEREAS, the Parties entered a settlement agreement to resolve the case in its entirety;

WHEREAS, the Parties have each performed under the settlement agreement and the dispute between the Parties is resolved;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant through the undersigned counsel as follows:

Plaintiff and Defendant hereby stipulate to dismiss the case with prejudice.

A Proposed Order in a form approved by the parties will be filed concurrently with this Joint Stipulation. The Court may enter this Order pursuant to the terms of this Stipulation.

Dated:  September 28, 2022         Redwood Law Group, APC

                                   By:  /s/  Derek Soinski
                                   Derek A. Soinski, Esq.
                                   Attorneys for Plaintiff
                                   KATHERINE M. SZYMANSKI

Dated:  September 28, 2022         Ruggerello Law Group, LLP

                                   By:  /s/ Julie A. Goerlinger
                                   Julie A. Goerlinger, Esq.
                                   Attorneys for Defendant SUBARU OF
                                   AMERICA,  INC.